| | |
|---|---|
| §UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>August 17, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

BARRY A. LEUS,

    Defendant.

Case No. 2:19-PO-00038-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  BARRY A. LEUS , Case No. 2:19-PO-00038-AC , Charge Failure to Appear, from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

        \_\_\_\_\_ Unsecured Appearance Bond $ _____

        \_\_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_\_ Appearance Bond with Surety

        \_\_\_\_\_ Corporate Surety Bail Bond

        __X__ (Other): Time Served

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California, at 3:30 PM.

Dated: August 17, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE